AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| BILLIE HAROLD MCDUFFIE JR. | ) |
| | ) 6:22-mj- 1783 |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 2/6/22 to 7/22/22 _____ in the county of _____ Osceola and Polk _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticing or inducing a minor to engage in sexual activity through a facility of interstate commerce. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Kevin Kaufman, FBI
*Printed name and title*

Sworn to before me via Zoom and signed by
me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: __8/5/2022__

_____
*Judge's signature*

City and state: _____ Orlando, FL _____

Daniel C. Irick, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                    **CASE NO. 6:22-mj-** 1783

**COUNTY OF ORANGE**

## AFFIDAVIT

I, Kevin Kaufman, being duly sworn, do hereby depose and state as follows:

1.     This affidavit is submitted in support of a criminal complaint against BILLIE HAROLD MCDUFFIE, JR. (MCDUFFIE), for violations of 18 U.S.C. § 2422(b).  As set forth in more detail below, I believe there is probable cause that between February 6, 2022 and July 22, 2022, in Osceola and Polk County, Florida, MCDUFFIE used the cellphone and the Internet, means of interstate or foreign commerce, to knowingly persuade, induce, or entice a minor to engage in sexual activity, for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida statute § 800.04(4)(a)(1) & (2), and sexual activity by a person 24 years of age or older with a person 16 or 17 years of age, in violation of Florida statute §794.05(1). All in violation of 18 U.S.C. § 2422(b).

2.     I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 18 years.  I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.     I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252A and 2422(b).

4.     I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5.     I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel. Because this affidavit is being

submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

6.     On July 19, 2022, the FBI received an online tip in reference to a male later identified as BILLIE HAROLD MCDUFFIE JR (MCDUFFIE), telephone number (xxx) xxx-4416, who resides in Winter Haven, Florida. The online tip alleged that in February 2022, a child victim (CV) met MCDUFFIE while running away. MCDUFFIE carried on a sexual relationship with the CV for several months. The tip also stated that MCDUFFIE was involved in various fraudulent activities, to include check and credit card fraud. The FBI contacted the CV and arranged to have the CV forensically interviewed.

## FORENSIC INTERVIEW OF THE CV

7.     On July 20, 2022, the CV was forensically interviewed, and during the interview the CV stated she ran away in February 2022. The CV signed up for an account on a dating telephone application. While on the application, the CV met MCDUFFIE. MCDUFFIE met the CV at an unknown location between Lake Alfred and Winter Haven, Florida just off highway 17. At approximately 3:00 a.m., MCDUFFIE picked the CV up in

3

his vehicle and brought the CV to his residence in Winter Haven, Florida, which is in the Middle District of Florida.

8.     Initially, the CV told MCDUFFIE she was 18 when they met. Approximately one week into their relationship, MCDUFFIE engaged the CV in oral sex and sexual intercourse. Approximately two weeks later, MCDUFFIE told the CV she needed to get an identification card or social security card so she could work. The CV got nervous and disclosed to MCDUFFIE that she was only 15 years old. At first, MCDUFFIE was irritated with the CV. However, after several days, things went back to normal. Despite knowing the CV's age, MCDUFFIE continued to engage in sexual acts with the CV. The CV stated she was still in contact with MCDUFFIE through the Snapchat Application and a voice over internet protocol (VOIP) number. The CV reported she last had sexual intercourse with MCDUFFIE approximately four days prior to the July 20, 2022, interview.

## SEARCH WARRANT OF BILLIE MCDUFFIE'S RESIDENCE

9.     On July 21, 2022, I swore out a federal search warrant in the Middle District of Florida to search MCDUFFIE'S residence in Winter Haven, Florida, for evidence of 18 U.S.C. §§ 2422(b) and 471 violations.

4

10. On July 22, 2022, at approximately 8:45 a.m., the FBI and Polk County Sheriff Office (PCSO) knocked on the door of MCDUFFIE'S residence and he answered. MCDUFFIE was requested to step out of the residence and was asked who was inside the residence. MCDUFFIE informed me that the CV was inside the residence. SA Rodney Hyre and I entered the residence and called out to the CV who was in the back of the residence laying in a bed. At first, the CV did not comply with my commands to exit the bedroom, however, the CV exited the residence dressed in her underwear and shirt. Upon securing the residence, the search warrant was executed. Both MCDUFFIE and the CV were interviewed as the search warrant was conducted.

## INTERVIEW OF BILLIE MCDUFFIE JR.

11. During the search of the residence, MCDUFFIE was interviewed – the interview was recorded. Initially MCDUFFIE made statements without being advised of his "Miranda Rights" as the interview was non-custodial and MCDUFFIE had been advised he was free to leave and not answer any questions. Subsequently, MCDUFFIE was advised of his "Miranda Rights" – he reiterated his pre-Miranda statements. MCDUFFIE stated he met the CV on a phone-based application. MCDUFFIE picked up the CV just minutes away from his residence in Winter Haven, Florida. The CV came back to the

residence and stayed with MCDUFFIE for a couple of weeks.  MCDUFFIE stated that the CV had no place to live and nothing to eat.  MCDUFFIE admitted to engaging in sex with the CV.

12.     According to MCDUFFIE, at first, the CV led MCDUFFIE to believe she was 19.  As the relationship continued MCDUFFIE told the CV she needed to get her life together and get a job.  At this time the CV told MCDUFFIE that she was only 15 years old.  MCDUFFIE acknowledged he continued to carry on a sexual relationship with the CV after he learned about her age.

13.     During the search warrant, I located a text message exchange in the CV's phone between MCDUFFIE and the CV.  The text message was from the night before in which MCDUFFIE, through the use of his cellphone, told the CV to pick up condoms because MCDUFFIE did not know whether the victim had been sexually active with others prior to meeting with him. During the interview, MCDUFFIE explained that when he sent this message to the CV, he intended on having sexual intercourse with the CV.

14.     After the text message exchange, the CV came to MCDUFFIE'S residence.  MCDUFFIE had sexual intercourse with the CV and ejaculated inside of the CV.  MCDUFFIE acknowledged that the relationship between

the CV and him was illegal. MCDUFFIE could not explain why he continued the relationship with the CV after discovering her age.

**FORENSIC EXTRACTION OF BILLIE MCDUFFIE'S IPHONE**

15. During the execution of the search warrant of MCDUFFIE'S residence the FBI located several items, to include MCDUFFIE'S iPhone with the assigned telephone number (xxx) xxx-4416 and the CV's iPhone. Both phones were seized and were taken to the Seminole County Sheriff's Office to be forensically examined. Both phones were examined pursuant to search warrants and copies of the extraction report were provided to the FBI.

16. On July 26, 2022, I reviewed the extraction report of MCDUFFIE'S iPhone. During the review, I located several text messages between the CV and MCDUFFIE. The text messages started on February 6, 2022 and concluded on July 22, 2022. Based on my review, I was able to further corroborate how MCDUFFIE used his cellphone to persuade, entice, and indue the CV to continue a sexual relationship with him.

17. The text messages show the following. On March 21, 2022, just a month after MCDUFFIE met the CV, the CV revealed her real age. In a chat located on MCDUFFIE'S phone the CV wrote, "I am underage". MCDUFFIE responded, "How bad" and the CV replied, "2 years off...I was hoping to tell u on my 18th birthday but ur really pushing it...I won't tell

7

anyone if u won't, just saying". MCDUFFIE than questioned the CV asking

the CV if she was 16. The CV responded, "In April". MCDUFFIE replied,

"[CV's nickname] u 15". MCDUFFIE then told the CV "I could get in

trouble if u got caught with me". MCDUFFIE told the CV that he was scared

and stated, "I've been cumming in u".

    18.    Despite knowing the CV's age, MCDUFFIE continued to engage

sexually with the CV. The CV asked MCDUFFIE, "You still love me".

MCDUFFIE responded "Duh…I'm mad…But it don't change my feelings".

MCDUFFIE and the CV continued to engage in daily conversations as if they

were in a romantic relationship.

    19.    Although MCDUFFIE was aware of the CV's true age, he

constantly told the CV via text messages that he loved her. Several text

messages show how MCDUFFIE used his cellphone to discuss sexual activity

with the minor and to lure the minor to meet with him to engage her in sexual

activity. On April 28, 2022, MCDUFFIE asked, "Can I get some head when I

get home". The CV responded, "Dug…U don't have to ask

dummy…Duh*…Unless I already had someone else lol then consider it

amputated when u get back…U*". On May 3, 2022, the CV asked

MCDUFFIE can we smash…" Previously the CV had explained she used the

term "smash" to indicate sexual intercourse. The CV explained to

8

MCDUFFIE that she had not engaged in sexual intercourse in a week. The next day, the CV sent MCDUFFIE a message, "U broke my pussy asshole". MCDUFFIE responded by sending the CV an emoji with a grin.

20.    On May 6, 2022, the CV told MCDUFFIE that she had turned herself in to the police and was at her mother's residence, which is in Osceola County, within the Middle District of Florida. The CV told MCDUFFIE that she planned on returning to MCDUFFIE when the CV turned 18. MCDUFFIE told the CV that he missed the CV and was sad that the CV left. MCDUFFIE told the CV that the CV should have told MCDUFFIE that she was leaving so MCDUFFIE could have done something nice for the CV prior to her departure. MCDUFFIE told the CV, "But nobody gets me like u...My heart will always be there for u". The CV then told MCDUFFIE "I'm gonna miss timmy omfg" and MCDUFFIE replied, "The Uber". Based on my review of chats, the CV refers to MCDUFFIE'S penis as "Timmy" and MCDUFFIE identifies the CV's vagina as "Uber".

21.    Although the CV returned home, MCDUFFIE continued to communicate with the CV over the cellphone to arrange sexual encounters with CV. On May 11, 2022, MCDUFFIE and the CV texted about MCDUFFIE coming to the CV's residence to engage in sexual acts. In particular, on May 11, 2022, while MCDUFFIE was driving to the CV's

9

residence, the CV asked MCDUFFIE to get her a "slushy". MCDUFFIE told

the CV, "no", and the CV responded, "lg I'll suck on smth else". The next

day, on May 12, 2022, MCDUFFIE asked the CV "Did u shower already".

The CV informed MCDUFFIE that she had not showered and asked

MCDUFFIE why he asked that. MCDUFFIE replied, "Just kno u got nut in

u". Based on my training and experience "nut" is known as semen. Based on

this conversation, it is believed that MCDUFFIE and the CV engaged in

sexual intercourse after texting about it over the cellphone.

     22.    MCDUFFIE and the CV continued to arrange sexual encounters

via the cellphone and the snapchat application. MCDUFFIE and the CV

often fought. In July 2022, the CV threatened to turn MCDUFFIE into law

enforcement after MCDUFFIE was trying to get naked pictures from her 17-

year-old friend through Snapchat on his cellphone. MCDUFFIE responded in

a conversation that occurred on July 19, 2022. MCDUFFIE sent the CV the

following message, "U was a stinking street walker when I found u At 2 in the

morning and u lied about ur age…But do what ever u gotta to do as long as I

never have to see ur face again". Thereafter, CV contacted law enforcement

and was forensically interviewed by the FBI.

     23.    On July 21, 2022, the night before the FBI executed the search

warrant, MCDUFFIE and the CV engaged in the following conversation:

The CV told MCDUFFIE that she was on the way to his house and sent a picture of a map showing she was in Tampa, Florida. MCDUFFIE asked the CV why she was in Tampa, Florida and then instructed the CV "Stop and get some condoms". The CV replied, "K", and MCDUFFIE further instructed the CV to buy Magnums, ultra-thin, which is a condom brand. The CV then asked MCDUFFIE why he needed condoms and MCDUFFIE implied that he did not know who the CV had been sexually active with. MCDUFFIE then asked how far the CV was away from his residence and the CV responded, "Almost 100 miles". Both MCDUFFIE and the CV confirmed they engaged in sexual activity when the CV arrive to his residence.

## CONCLUSION

Based on the above, there is probable cause that between February 6, 2022 and July 22, 2022, in Osceola and Polk County, Florida, MCDUFFIE used the cellphone and the Internet, means of interstate or foreign commerce, to knowingly persuade, induce, or entice a minor to engage in sexual activity, for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida statute § 800.04(4)(a)(1) & (2), and sexual activity by a person 24 years of age or older with a person 16 or 17 years of

11

age, in violation of Florida statute §794.05(1). All in violation of 18 U.S.C. §

2422(b).

Kevin Kaufman, Special Agent
Federal Bureau of Investigation


Affidavit submitted by email and attested to me
as true and accurate by telephone consistent with
Fed. R. Crim. P. 4.1 and 4(d) before me
this _5_ day of August 2022.

DANIEL C. IRICK
United States Magistrate Judge

12