AO 442 (Rev. 11/11) Arrest Warrant

FID # 11480797

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| BILLIE HAROLD MCDUFFIE JR. | ) Case No. 6:22-mj- 1783 |
| | ) |
| | ) |
| Defendant | ) |

[Stamp: 2022 OCT -7 PM 3:11 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA  FILED]

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BILLIE HAROLD MCDUFFIE JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Enticing or inducing a minor to engage in sexual activity through a facility of interstate commerce, in violatin of 18 U.S.C. § 2422(b).

Date: 8/5/22

_Issuing officer's signature_

David C Irick USMJ
_Printed name and title_

City and state: Orlando, FL

---

**Return**

This warrant was received on *(date)* 8/5/2022 , and the person was arrested on *(date)* _____
at *(city and state)* ORLANDO, FLORIDA .

Date: 10/6/2022

_Arresting officer's signature_

Kevin Kaufman, SA
_Printed name and title_