UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA          :
                                  :
                                  :
v.                                :     Case No.:  6:22-cr-171-WWB-EJK
                                  :
                                  :
BILLIE HAROLD MCDUFFIE, JR.,      :
_____   :

## MOTION TO WITHDRAW PLEA

COMES NOW Defendant, BILLIE HAROLD MCDUFFIE, JR., by and through the undersigned counsel, and respectfully moves this Court for an Order granting the Defendant's Motion to Withdraw Plea pursuant to Rule 11(d) of the Federal Rules of Criminal Procedure and in support thereof states as follows:

1. The Defendant is currently scheduled for Sentencing on September 25, 2023, at 2:30 p.m.

2. The Defendant entered an open plea to a superseding Indictment on April 10, 2023.

3. That the Defendant prior to his plea argued a motion to dismiss based on a violation of his speedy trial right, which was denied.  Once that was denied the client entered an open plea versus trial.

4. The Defendant and Undersigned believed that by entering this plea pursuant to his motion to dismiss it would preserve this issue for appeal.

5. Counsel recently found out that it does not preserve this issue for appeal by pleading since it's a non-jurisdictional error, he would be challenging, and the proper remedy would have been a stipulated facts bench trial or the signed a conditional plea with the Government.

6. Since the Defendant entered an open plea, the Government would not have been in the position to offer a conditional plea and the only remedy would have been a stipulated-facts bench trial.

7. Pursuant to Rule 11(d)(2) of the Federal Rules of Criminal Procedure, a Defendant seeks to withdraw his plea after its acceptance by the court, the defendant must show a "fair and just reason" for doing so.

8. The Defendant may have a 2255 remedy against undersigned if the court does not find grounds to withdraw the plea and undersigned would then move to withdraw and allow new CJA counsel to raise other arguments for the remedy Mr. McDuffie seeks.

9. The defendant would not have pled had he known his motion to dismiss was not preserved for appellate purposes.

10. **The undersigned conferred with Assistant United States Attorney, Courtney Richardson Jones, who objects to the instant motion.**

WHEREFORE, based on the foregoing, Defendant, BILLIE HAROLD MCDUFFIE, JR, respectfully requests that the Court enter its Order granting this Motion to Withdraw Plea.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court (CM/ECF) on this 31st day of August 2023, by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney.

/s/ Corey Cohen, Esq.
Law Office of Corey Cohen P.A.
Florida Bar No. 657840
21 Park Lake Street
Orlando, FL 32803
corey@coreycohen.com
Telephone: 407-246-0066