# EXHIBIT 1

00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db           :
0xFD75EA (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db           :
0x114B702 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :   0x114B523 (Table: message,
handle, chat; Size: 42512384 bytes)

73



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x114CDBA (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x114CBC1 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x114C9D6 (Table: message, handle, chat; Size: 42512384 bytes)

74



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x114C7E9 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x114C5F6 (Table: message, chat, handle; Size: 42512384 bytes)

75

From: +14079424416 (owner)
To: +13212100838 Brooklyn

Talk to me

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13212100838 Brooklyn | | | |

Status: Sent

3/21/2022 4:37:49 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x114C429 (Table: message, chat, handle; Size: 42512384 bytes)

From: +13212100838 Brooklyn
To: +14079424416 (owner)

Before you make any haste decisions or anything please take into consideration that I love you and I accept whatever you decide to do with this information

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14079424416 | | 3/21/2022   4:39:30 PM(UTC-4) | |

Status: Read

3/21/2022 4:38:52 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x114DFC1 (Table: message, handle, chat; Size:
42512384 bytes)



From: +14079424416 (owner)
To: +13212100838 Brooklyn

Got u baby

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13212100838 Brooklyn | | | |

Status: Sent

3/21/2022 4:39:41 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x114DCBD (Table: message, chat, handle; Size: 42512384 bytes)

76



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db           :
0x114DAE2 (Table: message, chat, handle; Size: 42512384 bytes)

From  +13212100838 Brooklyn
To  +14079424416 (owner)

I feel really bad putting you in a situation like this and I was going too wait until I knew you were going to handle
something this heavy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14079424416 | | 3/21/2022   4:40:48 PM(UTC-4) | |

**Status: Read**

3/21/2022 4:40:41 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x114D8DD (Table: message, handle, chat; Size:
42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db           :

*77*

0x114D5FB (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x114D424 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x114D241 (Table: message, chat, handle; Size: 42512384 bytes)

**78**



**Source Info:**
00008101-0002274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db    :
0x114EFC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db    :
0x114EDF0 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db    :
0x114EC13 (Table: message, handle, chat; Size: 42512384 bytes)

79



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x114EA2E (Table: message,
handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x114E7D8 (Table: message, handle, chat; Size: 42512384 bytes)

80



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x114E5B9 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x114E3E2 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x114E209 (Table: message, chat, handle; Size: 42512384 bytes)

81



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x114FFC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x114FDE6 (Table: message, handle, chat; Size: 42512384 bytes)

82

From: +14079424416 (owner)
To: +13212100838 Brooklyn

Where do ur parents think ur at

| Participant | Delivered | Read | Played |

+13212100838 Brooklyn

**Status:** Sent

3/21/2022 4:44:48 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x114FBEF (Table: message, chat, handle; Size: 42512384 bytes)



From: +13212100838 Brooklyn
To: +14079424416 (owner)

Parent'

| Participant | Delivered | Read | Played |

+14079424416

3/21/2022
4:44:57
PM(UTC-4)

**Status:** Read

3/21/2022 4:44:57 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x114F9E2 (Table: message, handle, chat; Size: 42512384 bytes)



From: +14079424416 (owner)
To: +13212100838 Brooklyn

Yea

| Participant | Delivered | Read | Played |

+13212100838 Brooklyn

**Status:** Sent

3/21/2022 4:45:05 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x114F80D (Table: message, chat, handle; Size: 42512384 bytes)

83



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x114F638 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x114F449 (Table: message, handle, chat; Size: 42512384 bytes)

84



From: +14079424416 (owner)
To: +13212100838 Brooklyn

With who ur a minor she could get in trouble

| Participant | Delivered | Read | Played |

+13212100838 Brooklyn

**Status: Sent**

3/21/2022 4:45:11 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x114F248 (Table: message, chat, handle; Size: 42512384 bytes)

From: +13212100838 Brooklyn
To: +14079424416 (owner)

She reported me already

| Participant | Delivered | Read | Played |

+14079424416                3/21/2022
                            4:45:59
                            PM(UTC-4)

**Status: Read**

3/21/2022 4:45:59 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x1150FC1 (Table: message, handle, chat; Size: 42512384 bytes)

From: +13212100838 Brooklyn
To: +14079424416 (owner)

Police dont really really look for me bc I'm a repeat offender

| Participant | Delivered | Read | Played |

+14079424416                3/21/2022
                            4:46:20
                            PM(UTC-4)

**Status: Read**

3/21/2022 4:46:20 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :      0x1150DC2      (Table:
message, handle, chat; Size: 42512384 bytes)

85

0485



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :   0x1150B74   (Table:
message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x115093B (Table: message, chat, handle; Size: 42512384 bytes)

From: +13212100838 Brooklyn
To: +14079424416 (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14079424416 | | 3/21/2022 4:47:00 PM(UTC-4) | |

Status: Read

3/21/2022 4:47:00 PM(UTC-4)

Source Info:
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db        :
0x1150738 (Table: message, handle, chat; Size: 42512384 bytes)



From: +14079424416 (owner)
To: +13212100838 Brooklyn

I could get in trouble if u got caught with me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13212100838 Brooklyn | | | |

Status: Sent

3/21/2022 4:47:12 PM(UTC-4)

Source Info:
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :   0x1150567
(Table: message, chat, handle; Size: 42512384 bytes)



From: +13212100838 Brooklyn
To: +14079424416 (owner)

I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14079424416 | | 3/21/2022 4:47:31 PM(UTC-4) | |

Status: Read

3/21/2022 4:47:31 PM(UTC-4)

Source Info:
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db        :
0x115033C (Table: message, handle, chat; Size: 42512384 bytes)

87



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :
0x1151FC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :
0x1151DAA (Table: message, chat, handle; Size: 42512384 bytes)

88



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x1161BB5 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db           :
0x11519A0 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   ;  0x11517A3  (Table: message,
handle, chat; Size: 42512384 bytes)

89



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1151545 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :          0x1151342
(Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/p/private/var/mobile/Library/SMS/sms.db                    :
0x1152FC9 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/p/private/var/mobile/Library/SMS/sms.db                    :
0x1152DB2 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/p/private/var/mobile/Library/SMS/sms.db                    :
0x1152BC3 (Table: message, chat, handle; Size: 42512384 bytes)

91



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db        :
0x115290D0 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db        :
0x11527F9 (Table: message, handle, chat; Size: 42512384 bytes)

92

0492



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :
0x1152610 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :
0x1152443 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :
0x1152266 (Table: message, handle, chat; Size: 42512384 bytes)

93

From: +14079424416 (owner)
To: +13212100838 Brooklyn

**But it don't change my feelings**

| Participant | Delivered | Read | Played |
|---|---|---|---|

+13212100838 Brooklyn

**Status: Sent**

3/21/2022 4:51:08 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x1153FC9 (Table: message, chat, handle; Size: 42512384 bytes)

From: +13212100838 Brooklyn
To: +14079424416 (owner)

**I'm really sorry about all of this**

| Participant | Delivered | Read | Played |
|---|---|---|---|

+14079424416                       3/21/2022
                                   4:51:23
                                   PM(UTC-4)

**Status: Read**

3/21/2022 4:51:23 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x1153DBC (Table: message, handle, chat; Size: 42512384 bytes)



From: +14079424416 (owner)
To: +13212100838 Brooklyn

**We will figure it out**

| Participant | Delivered | Read | Played |
|---|---|---|---|

+13212100838 Brooklyn

**Status: Sent**

3/21/2022 4:51:32 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :

94