# EXHIBIT 2

0x13F44D3 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x13F42DA (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x13F5FC9 (Table: message, chat, handle; Size: 42512384 bytes)

22

From: +14079424416 (owner)
To: +18137482908 Brooklyn

I love you please stay touch

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

+18137482908 Brooklyn

**Status: Sent**

4/28/2022 8:04:11 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x13FC485 (Table: message, chat, handle; Size: 42512384 bytes)



From: +18137482908 Brooklyn
To: +14079424416 (owner)

**Attachments:**

**Title:** IMG_20220428_200456_00.jpg

**Size:** 197207

**File name:** ~/Library/SMS/Attachments/45/05/B6628C05-616F-
4D13-B324-CD828665D78F/IMG_20220428_200456_00.jpg

~/Library/SMS/Attachments/45/05/B6628C05-616F-4D13-B324-
CD828665D78F/IMG_20220428_200456_00.jpg

**To**

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14079424416 | | 4/28/2022 8:05:26 PM(UTC-4) | |

**Status: Read**

4/28/2022 8:05:03 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x13FC28A (Table: message, handle, attachment, chat; Size: 42512384 bytes)
00008101-
000274523605001E_files_full.zip/private/var/mobile/Library/SMS/Attachments/45/05/B6628
C05-616F-4D13-B324-CD828665D78F/IMG_20220428_200456_00.jpg  :  (Size: 197207
bytes)

34



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x13FDFC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x13FDDEA (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x13FDBF9 (Table: message, chat, handle; Size: 42512384 bytes)

35

From  +14079424416 (owner)
To  +19137482908 Brooklyn

Will u stay in contact

| Participant | Delivered | Read | Played |

+19137482908 Brooklyn

Status: Sent

5/6/2022 7:20:19 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1497A26 (Table: message, chat, handle; Size: 42512384 bytes)

From  +19137482908 Brooklyn
To  +14079424416 (owner)

Yes baby

| Participant | Delivered | Read | Played |

+14079424416

5/6/2022
7 20 20
AM(UTC-4)

Status: Read

5/6/2022 7:20:20 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1497837 (Table: message, handle, chat; Size: 42512384 bytes)



From  +14079424416 (owner)
To  +19137482908 Brooklyn

Ok I'll miss you

| Participant | Delivered | Read | Played |

+19137482908 Brooklyn

Status: Sent

5/6/2022 7:20:36 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x149766C (Table: message, chat, handle; Size: 42512384 bytes)

263

From   +18137482909 Brooklyn
To  +14079424416 (owner)

I'm gonna miss timmy omfg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14079424416 | | 5/8/2022 7:28:30 AM(UTC-4) | |

**Status: Read**

5/8/2022 7:28:30 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db    :
0x149F413 (Table: message, handle, chat; Size: 42512384 bytes)



From  +14079424416 (owner)
To  +18137482909 Brooklyn

The Uber

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18137482909 Brooklyn | | | |

**Status: Sent**

5/8/2022 7:28:52 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db    :
0x149F226 (Table: message, chat, handle; Size: 42512384 bytes)



From  +18137482909 Brooklyn
To  +14079424416 (owner)

I haven't even slept yet because I'm so scared I'm gonna lose you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14079424416 | | 5/8/2022 7:28:58 AM(UTC-4) | |

**Status: Read**

5/8/2022 7:28:58 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :   0x14A0FC1   (Table:
message, handle, chat; Size: 42512384 bytes)

From : +14079424416 (owner)
To : +18137482908 Brooklyn

I would have taken u to dinner and did something nice for u

| Participant | Delivered | Read | Played |

+18137482908 Brooklyn

**Status: Sent**

5/6/2022 7:50:18 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x14A6A28 (Table: message, chat, handle; Size: 42512384 bytes)

From : +18137482908 Brooklyn
To : +14079424416 (owner)

But someone doesn't answer the phone

| Participant | Delivered | Read | Played |

+14079424416

5/6/2022
7:50:20
AM(UTC-4)

**Status: Read**

5/6/2022 7:50:20 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x14A67EC (Table: message, handle, chat; Size: 42512384 bytes)



From : +18137482908 Brooklyn
To : +14079424416 (owner)

No

| Participant | Delivered | Read | Played |

+14079424416

5/6/2022
7:50:27
AM(UTC-4)

**Status: Read**

5/6/2022 7:50:27 AM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x14A65E1 (Table: message, handle, chat; Size: 42512384 bytes)

311



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db                    :
0x14A641A (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db                    :
0x14A624D (Table: message, chat, handle; Size: 42512384 bytes)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x14FA993 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x14FA7A6 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x14FA5C1 (Table: message, handle, chat; Size: 42512384 bytes)

453

0x14FF75D (Table: message, handle, chat; Size: 42512384 bytes)



From: +14073424415 (owner)
To: +18137482908 Brooklyn

Attachments:

Title: IMG_3467.HEIC

Size: 1420377

File name: ~/Library/SMS/Attachments/21/01/B1290017-FCDD-
4902-AE5C-59C14A10BFA4/IMG_3467.HEIC

~/Library/SMS/Attachments/21/01/B1290017-FCDD-4902-AE5C-
59C14A10BFA4/IMG_3467.HEIC

To

Participant          Delivered          Read          Played

+18137482908 Brooklyn

Status: Sent

5/9/2022 12:29:35 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x15025FA (Table: message, chat, attachment, handle; Size: 42512384 bytes)
00008101-
000274523605001E_files_full.zip/private/var/mobile/Library/SMS/Attachments/21/01/B1290
017-FCDD-4902-AE5C-59C14A10BFA4/IMG_3467.HEIC : (Size: 1420377 bytes)

From: +14073424415 (owner)
To: +18137482908 Brooklyn

This just for u

Participant          Delivered          Read          Played

+18137482908 Brooklyn

Status: Sent

5/9/2022 12:29:31 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x15023E7 (Table: message, chat, handle; Size: 42512384 bytes)

465

1086



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1502204 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1503FC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :

466

0x1503DC2 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1503789 (Table: message, chat, attachment, handle; Size: 42512384 bytes)
00008101-
000274523605001E_files_full.zip/private/var/mobile/Library/SMS/Attachments/76/06/62F21
328-C9FD-469E-8D25-50E541EE53DE/67380938158__8BC422DF-C0E8-470C-9656-
D5630922C024.HEIC :  (Size: 2044283 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x150575C (Table: message, handle, chat; Size: 42512384 bytes)

467



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1634718 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db            :
0x16344B4 (Table: message, handle, chat; Size: 42512384 bytes)

816



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :   0x16342C5   (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1635FC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :   0x1635DCE   (Table:

817

1438



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db  :  0x1C88DC2  (Table:  message,
chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db                          :
0x1C87A01 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db               :
0x1C87816 (Table: message, handle, chat; Size: 42512384 bytes)

10



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1C98DCC (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1C98BBD (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1C989F0 (Table: message, chat, handle; Size: 42512384 bytes)

38



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x1D0D23B (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :    0x1D0EFC1
(Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db      :
0x1D0ED98 (Table: message, handle, chat; Size: 42512384 bytes)

143



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db    :
0x1D0EBCD (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db    :
0x1D0E9F6 (Table: message, handle, attachment, chat; Size: 42512384 bytes)
00008101-
000274523605001E_files_full.zip/private/var/mobile/Library/SMS/Attachments/67/07/A8E7
B577-280B-4012-9E87-633F28A5F3F4/123_1.jpeg :  (Size: 148824 bytes)

144

message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1D11819 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1D11644 (Table: message, chat, handle; Size: 42512384 bytes)

155



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :
0x1D11455 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :
0x1D1128A (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db       :

156

0x1D12FC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db                          :
0x1D12DE6 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db                          ;
0x1D12C1B (Table: message, handle, chat; Size: 42512384 bytes)

157

From +19736689857
To +14079424416 (owner)

**This is why u should not have put on the glove**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14079424416 | | 7/9/2022 4:10:43 PM(UTC-4) | |

**Status: Read**

7/9/2022 4:10:43 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db  : 0x1D12A36
(Table: message, handle, chat; Size: 42512384 bytes)



From +14079424416 (owner)
To +19736689857

**I couldn't feel it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19736689857 | | | |

**Status: Sent**

7/9/2022 4:10:53 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1D1281F (Table: message, chat, handle; Size: 42512384 bytes)



From +19736689857
To +14079424416 (owner)

**Bc of the glove**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14079424416 | | 7/9/2022 4:22:15 PM(UTC-4) | |

**Status: Read**

7/9/2022 4:11:22 PM(UTC-4)

**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1D12636 (Table: message, handle, chat; Size: 42512384 bytes)

158



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db                :
0x1D12455 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db                :
0x1D12284 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1D13FC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1D13DF6 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1D1354F (Table: message, chat, handle; Size: 42512384 bytes)

160



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db         :
0x1D13370 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :   0x1D14FC1   (Table:
message, handle, chat; Size: 42512384 bytes)

161



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1D14D83 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1D1EFC1 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x1D1E585 (Table: message, chat, handle; Size: 42512384 bytes)

162



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1D1E39E (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db   :
0x1D23DA1 (Table: message, handle, chat; Size: 42512384 bytes)

163

0x1D37A27 (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1D3C93A (Table: message, handle, chat; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1D3C77B (Table: message, chat, handle; Size: 42512384 bytes)

187



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1D91FC9 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1DA4475 (Table: message, chat, handle; Size: 42512384 bytes)



**Source Info:**
00008101-0002745236050018_files_full.zip/private/var/mobile/Library/SMS/sms.db          :
0x1DB2D92 (Table: message, chat, handle; Size: 42512384 bytes)

318