# EXHIBIT 3



Source Info:
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x15D8C1F (Table: message, handle, chat; Size: 42512384 bytes)



Source Info:
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x15D8A52 (Table: message, chat, handle; Size: 42512384 bytes)

666

























Source Info:
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x15E7417 (Table: message, handle, chat; Size: 42512384 bytes)



Source Info:
00008101-000274523605001E_files_full.zip/private/var/mobile/Library/SMS/sms.db
0x15E722A (Table: message, handle, chat; Size: 42512384 bytes)





