# EXHIBIT 5



[Florida Department of Corrections (//www.dc.state.fl.us/index.html)](//www.dc.state.fl.us/index.html)

**Ron DeSantis, Governor**

**Ricky D. Dixon, Secretary**

"Inspiring Success by Transforming One Life at a Time"

Offender Search (/OffenderSearch/InmateInfoMenu.aspx)     Visit an Inmate (/ci/visit.html)     Correctional Institutions (/ci/index.html)

Probation Services (/cc/index.html)     Programs (/development/index.html)     FDC Jobs (http://www.fldcjobs.com)     Newsroom (/comm/index.html)

Statistics (/pub/index.html)     Contact Us (http://www.dc.state.fl.us/citizen/index.html)

# Corrections Offender Network

## Inmate Release Information Detail

(This information was current as of 5/12/2021)



| | |
|---|---|
| **DC Number:** | 000419 |
| **Name:** | MCDUFFIE, BILLIE H JR |
| **Race:** | BLACK |
| **Sex:** | MALE |
| **Birth Date:** | 02/01/1987 |
| **Custody:** | MINIMUM |
| **Release Date:** | 05/12/2021 |

**Stated Residence Upon Release:**

Available to Law Enforcement

**Aliases:**

BILLIE H MCDUFFIE JR, BILLIE HAROLD MCDUFFIE, BILLIE HAROLD MCDUFFIE JR, HAROLD MCDUFFIE, BILLIE HAROLD MCDUTTIE, LAVAR MENDOZA, TRAVIS ROSS, LAMAR VANDERHALL

**Current Prison Sentence History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 12/19/2017 | TRAFF CRED CARDS 50+ | 05/07/2019 | ALACHUA | 1704602 | 4Y 0M 0D |
| 12/19/2017 | UNAUTH POSS/USE OF DL/ID | 05/07/2019 | ALACHUA | 1704602 | 4Y 0M 0D |
| 12/19/2017 | UNAUTH POSS/USE OF DL/ID | 05/07/2019 | ALACHUA | 1704602 | 4Y 0M 0D |
| 12/19/2017 | UNAUTH POSS/USE OF DL/ID | 05/07/2019 | ALACHUA | 1704602 | 4Y 0M 0D |
| 12/19/2017 | FRAUD USE OF PERSONAL ID | 05/07/2019 | ALACHUA | 1704602 | 4Y 0M 0D |

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.

**Incarceration History:**

| Date In-Custody | Date Out-Custody |
|---|---|
| 05/13/2019 | 05/12/2021 |

First | Previous | Next | Last | Return to List | New Search | Record: 1 of 1

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.

This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.

For questions and comments, you may contact the Department of Corrections, Bureau of Admission and Release, at (850) 488-9167 or go to Frequently Asked Questions About Inmates for more information ( http://prod.fdc-wpws001.fdc.myflorida.com/ci/index.html ). This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: (/OffenderSearch/search.aspx?TypeSearch=IR) Last Name: mcduffi First Name: billie Search Aliases: YES Offense Category: Release Facility: ALL Stated County of Residence Upon Release: ALL County of Commitment: ALL

Return to Corrections Offender Information Network (../OffenderSearch/InmateInfoMenu.aspx)

## About Us (http://www.dc.state.fl.us/about.html)

As Florida's largest state agency, and the third largest prison system in the country, FDC employs 24,000 members, incarcerates approximately 80,000 inmates and supervises nearly 146,000 offenders in the community.

## Quick Links

Contact an Inmate (http://www.dc.state.fl.us/ci/ContactInmate.html)
Public Records (//www.dc.state.fl.us/comm/PRR.html)
Volunteer (http://www.dc.state.fl.us/volunteer/index.html)
File a Complaint (//www.dc.state.fl.us/apps/IGcomplaint.asp)
Organization (//www.dc.state.fl.us/org/orgchart.html)
Regulatory Plan (//www.dc.state.fl.us/pub/regulatory/2017-2018.pdf)

Victim Services (//www.dc.state.fl.us/vict/index.html)
Inmate and Offender Programming (//www.dc.state.fl.us/development/index.html)
Corrections Foundation (https://www.correctionsfoundation.org/)
Parole Information (https://www.fcor.state.fl.us/index.shtml)
Inspector General (//www.dc.state.fl.us/ig/index.html)
Prison Rape Elimination Act (http://www.dc.state.fl.us/PREA/index.html)

## Contact Us (http://www.dc.state.fl.us/citizen/index.html)

501 South Calhoun Street
Tallahassee, FL 32399-2500

Main: (850) 488-7052