UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:22-cr-171-WWB-EJK

BILLIE HAROLD MCDUFFIE JR.

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney
for the Middle District of Florida, files this Notice of Appearance of the undersigned
as counsel for the United States in the above-captioned case.

Assistant United States Attorney Sarah Megan Testerman has been assigned as
co-counsel in this case.   Please forward all materials in this case to both counsel and
co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

**U.S. v. Billie Harold McDuffie Jr.**          **Case No. 6:22-cr-171-WWB-EJK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Corey I. Cohen, Esq.
Counsel for Defendant

Mary Ibrahim, Esq.
Counsel for Defendant

By:   */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov