# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:22-cr-171-WWB-EJK

**BILLIE HAROLD MCDUFFIE, JR.**

AUSA: Megan Testerman

Defense Attorney: Corey Cohen, Criminal Justice Act

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **February 14, 2024**<br>2:12 P.M. – 2:47 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 35 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
### CHANGE OF PLEA

Case called, appearances made, procedural setting by the Court.
Defendant is placed under oath.
Court inquires of the defendant – No issue as to competency.
Defendant consents to have the Magistrate Judge take his plea.
Court advises defendant of his rights, sentencing guidelines and reviews the notice of maximum penalty, elements of offense, personalization of elements and factual basis.
Court continues the hearing until tomorrow. Hearing to be set by separate notice.
Defendant is remanded to the custody of the U.S. Marshals pending further proceedings.
Court adjourned.