**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                    CASE NO: 6:22-cr-171-WWB-EJK

BILLIE HAROLD MCDUFFIE, JR.

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Courtney Richardson-Jones |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Corey Cohen<br>Mary Ibrahim |
| COURT REPORTER: | Heather Suarez<br>heather@stenosuarez.com | PRETRIAL/PROBATION: | Jennifer Trittipo |
| SCHEDULED DATE/TIME: | May 30, 2024<br>11:32am -12:58pm<br>**Total time: 1 hr, 26 mins** | INTERPRETER: | N/A |

**MINUTES ON SENTENCING**

Defendant placed under oath.

**SENTENCE IMPOSED as to Counts One, Two, Three, and Four of the Superseding Indictment.**

Counts Five and Six of the Superseding Indictment and the underlying Indictment are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: Two hundred sixteen (216) months. This term consists of 192-months as to Count One, 120-months as to Counts Two and Three, Counts One, Two, and Three to run concurrently, and 24-months as to Count Four, to be served consecutively to the term imposed in Counts One, Two, and Three as required by statute.

**SUPERVISED RELEASE**: 10 years. This term consists of a 10-year term as to Count One; a 3-year term as to each of Counts Two and Three; and a 1-year term as to Count Four, all such terms to run concurrently.
    *Special conditions of supervised release:*
    Mandatory drug testing requirements are imposed.
    Drug aftercare conditions imposed.
    Mental health treatment conditions imposed.
    Defendant shall cooperate in the collection of DNA.
    Sex offender conditions:
    Defendant shall participate in a mental health treatment program specialized for sex offenders.
    Defendant shall have no direct contact with minor children.

      You shall have no contact, direct or indirect, with victims identified in Count One (B.W.).
      Media and computer restrictions imposed.
      Defendant shall register with all sex offender registries as required by law.
      Search conditions imposed.
      Credit conditions imposed.

**FINE:** waived.

**JVTAA Assessment**: waived.

**SPECIAL ASSESSMENT:** $400.00 is due immediately.

**RESTITUTION:** Deferred. Defendant waives his presence at any restitution hearing.

**FORFEITURE ORDERED** of those assets identified in the Amended Preliminary Order of Forfeiture entered at Doc. 180.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant:
1. Be placed at FCI Marianna, Jesup, or Coleman, or if those facilities are not available then in the vicinity of those facilities.
2. Participate in any available vocational training to include HVAC.
3. To receive training and obtain his CDL license.

Defendant advised of right to appeal.